

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00006-CV

BIANCA M. WOODS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court No. C-1-CV-20-001267, Honorable Todd T. Wong, Presiding

July 1, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Bianca M. Woods, proceeding pro se, appeals from the trial court's *Final Summary Judgment.*[1] Woods's brief was originally due March 21, 2022, but was not filed. We subsequently granted Woods three extensions to file a brief. By letter of May 23, 2022, we notified Woods that the appeal was subject to dismissal for want of prosecution,

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

without further notice, if a brief was not received by June 20.  To date, Woods has not filed a brief nor had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam